# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MODERN, INC., and**
**FIRST OMNI SERVICE CORP.,**
    **Plaintiffs,**

**-vs-**                  **Case No. 6:03-cv-718-Orl-31KRS**

**STATE OF FLORIDA, DEPARTMENT OF**
**TRANSPORTATION, ST. JOHNS RIVER**
**WATER MANAGEMENT DISTRICT, and**
**UNITED STATES FISH & WILDLIFE**
**SERVICE,**
    **Defendants.**

___

**ST. JOHNS RIVER WATER**
**MANAGEMENT DISTRICT**
    **Third Party Plaintiff,**

**vs**

**THE GREAT OUTDOORS PREMIER**
**R.V./GOLF RESORT, INC. and**
**BREVARD COUNTY**
    **Third Party Defendants.**

___

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **SJRWMD'S MOTION TO STRIKE PORTIONS OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (Doc. No. 250)**
>
> **FILED:**   **March 6, 2006**
>
> ___
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

The document targeted by this motion – the Plaintiffs' original motion for summary judgment (Doc. 206) – has been stricken on other grounds, rendering this motion moot.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 20, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party