# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MODERN, INC., and**
**FIRST OMNI SERVICE CORP.,**
                         **Plaintiffs,**

**-vs-**                                        **Case No.  6:03-cv-718-Orl-31KRS**

**STATE OF FLORIDA, DEPARTMENT OF**
**TRANSPORTATION, ST. JOHNS RIVER**
**WATER MANAGEMENT DISTRICT, and**
**UNITED STATES FISH & WILDLIFE**
**SERVICE,**
                         **Defendants.**
_____

**ST. JOHNS RIVER WATER**
**MANAGEMENT DISTRICT**
                 **Third Party Plaintiff,**
**vs**

**THE GREAT OUTDOORS PREMIER**
**R.V./GOLF RESORT, INC.  and**
**BREVARD COUNTY**
                 **Third Party Defendants.**
_____

## ORDER

Upon consideration of Brevard County's Motion for Summary Judgment (Doc. 182), St.

John's Response thereto (Doc. 198) and in light of Plaintiff's concession that they have no

evidence that Brevard's activities contributed to the flooding problem, it is

**ORDERED** that Brevard County's Motion is GRANTED.  Summary judgment is entered

on behalf of Third Party Defendant, Brevard County, and against Third Party Plaintiff, St. John's

River Water Management District.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 25, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

-2-