**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MODERN, INC., and
FIRST OMNI SERVICE CORP.,
           Plaintiffs,

-vs-                                      Case No. 6:03-cv-718-Orl-31KRS

STATE OF FLORIDA, DEPARTMENT OF
TRANSPORTATION, ST. JOHNS RIVER
WATER MANAGEMENT DISTRICT, and
UNITED STATES FISH & WILDLIFE
SERVICE,
           Defendants.
_____

ST. JOHNS RIVER WATER
MANAGEMENT DISTRICT,

           Third Party Plaintiff,
vs.

THE GREAT OUTDOORS PREMIER
R.V./GOLF RESORT, INC.,

           Third Party Defendant.
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** SJRWMD'S MOTION TO STRIKE OR DISREGARD RELATED TO PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS (Doc. No. 296)
>
> **FILED:** April 14, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

To the extent the evidentiary issues raised by the movant are relevant to the instant case, the Court will address them when dealing with the pertinent motion or at trial.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 8, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party